REMY MOOSE MANLEY, LLP
HOWARD F. WILKINS III, SBN 203083
L. ELIZABETH SARINE, SBN 285631
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: cwilkins@rmmenvirolaw.com

BARTKIEWICZ, KRONICK & SHANAHAN, P.C.
ALAN B. LILLY, SBN 107409
PATRICK K. FITZGERALD, SBN 295257
1011 Twenty-Second Street
Sacramento, California 95816
Telephone: (916) 446-4254
Facsimile: (916) 446-4018
Email: abl@bkslawfirm.com

Attorneys for Proposed Intervenor-Defendant
YUBA COUNTY WATER AGENCY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF THE RIVER,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; PENNY PRITZKER, as Secretary of Commerce; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL THOMAS P. BOSTICK as Commanding General, of U.S. Army Corps of Engineers; BUREAU OF LAND MANAGEMENT; SALLY JEWELL, as Secretary of the Interior; and NEIL KORNZE, as Director, Bureau of Land Management,<br><br>  Defendants,<br><br>YUBA COUNTY WATER AGENCY,<br>  Proposed<br>  Defendant-Intervenor and<br>  Counter-Claimant. | Civil Case No. 2:16-cv-00818-JAM-EFB<br><br>**ORDER GRANTING YCWA's UNOPPOSED MOTION TO INTERVENE** |

Having considered the Motion to Intervene by Yuba County Water Agency (YCWA), supporting papers, and responses of the parties, and being fully advised, the Court hereby **GRANTS** YCWA's Motion to Intervene as of right under Fed. R. Civ. P. 24(a) subject to the following terms and conditions:

1. Intervenor YCWA shall file its Answer in Intervention and Counterclaim for Declaratory and Injunctive Relief, attached as Exhibit 1 to the Declaration of Howard F. Wilkins III in Support of YCWA's Unopposed Motion to Intervene, within five (5) days of entry of this Order.

2. Intervenor YCWA shall abide by the Court's September 19, 2016 scheduling order (ECF No. 11), which is modified as follows:

    a. Intervenor YCWA shall file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment (no more than 35 pages) no later than seven (7) days after Federal defendants file their cross motion and opposition, and YCWA shall not duplicate arguments raised by Federal defendants in their cross motion and opposition;

    b. Plaintiff shall file its reply and opposition brief (no more than 20 pages) to YCWA's cross motion and opposition no later than seven (7) days after the deadline for filing Plaintiff's reply and opposition to the Federal defendants' cross motion and opposition;

    c. YCWA files is reply brief (no more than 10 pages) no later than seven (7) days after Federal defendants file their reply.

**IT IS SO ORDERED.**

Dated: October 12, 2016                    ___/s/ John A. Mendez_____
                                           The Honorable John A. Mendez
                                           United States District Judge

**1**
**[PROPOSED] ORDER GRANTING YCWA'S UNOPPOSED MOTION TO INTERVENE**

# CERTIFICATE OF SERVICE

I, Howard F. Wilkins, hereby certify that on October 7, 2016, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

/s/ Howard F. Wilkins III
Howard F. Wilkins III