Christopher A. Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiff
FRIENDS OF THE RIVER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00818-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO STRIKE** |

| | |
|---|---|
| 1 | Having considered the memoranda and evidence, and good cause appearing, the Court HEREBY |
| 2 | GRANTS Plaintiff's Motion To Shorten Time for Briefing on Plaintiff's Motion To Strike Defendant- |
| 3 | Intervenor Yuba County Water Agency ("YCWA)'s Memorandum of Points and Authorities in Support |
| 4 | of Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion (Dkt. |
| 5 | 41) and related filings. YCWA shall file its opposition to Plaintiff's Motion to Shorten Time for Briefing |
| 6 | on Plaintiff's Motion to Strike on or before July 12, 2017. Plaintiff shall file any reply to YCWA's |
| 7 | opposition on or before July 14, 2017. The Court shall thereafter issue a ruling on Plaintiff's Motion to |
| 8 | Strike without a hearing. Accordingly, Plaintiff's noticed hearing on its Motion to Strike is taken off |
| 9 | calendar. |

Dated: 7/7/2017       /s/ John A. Mendez
                      John A. Mendez
                      United States District Court Judge