1  TODD KIM, Assistant Attorney General
   S. JAY GOVINDAN, Deputy Section Chief
2  LESLEY LAWRENCE-HAMMER, Senior Trial Attorney
   D.C. Bar No. 982196
3  U.S. Department of Justice
   Environment & Natural Resources Division
4  Wildlife & Marine Resources Section
   999 18th St., Suite 370
5  Denver, CO 80202
   Telephone: 303-844-1368
6  Facsimile: 303-844-1350
   Email: Lesley.Lawrence-Hammer@usdoj.gov
7  *Attorneys for Federal Defendants*

8
                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

10
   FRIENDS OF THE RIVER,                    Case No. 2:16-00818-JAM-EFB
11
          Plaintiff,
12                                          **JOINT STATUS REPORT PER MARCH
   v.                                       15, 2022 MINUTE ORDER**
13
   NATIONAL MARINE FISHERIES
14 SERVICE, et al.,

15        Defendants.

16
   _____
17
   YUBA COUNTY WATER AGENCY,
18        Defendant-Intervenor.

19

20

21

22

23

24

25

26

27

28

Joint Status Report Per March 15, 2022 Minute Order
Case No. 2:16-00818-JAM-EFB

1    On March 15, 2022, the Court issued a minute order "stay[ing] this litigation until the

2  reinitiated Endangered Species Act ('ESA') Section 7 consultation on the Daguerre Point Dam is

3  complete and a new biological opinion is issued." ECF 106. The Court also held, "Defendant

4  shall provide the Court and parties with an estimated completion date for the consultation and

5  biological opinion in the next Joint Status Report which shall be filed no later than June 15,

6  2022." *Id.* Accordingly, the parties submit this report.

7  A.  Federal Defendants' Report

8    On February 15, 2022, Federal Defendants filed a "Notice of Decision Regarding Daguerre

9  Point Dam." ECF 103. That notice informed the Court that Federal Defendants decided to

10  reinitiate ESA Section 7 consultation regarding Daguerre Point Dam and attached relevant

11  supporting documentation. *Id.*; ECF 103-1 (Olsen declaration); ECF 103-2 (U.S. Army Corps of

12  Engineers ("the Corps") letter to the National Marine Fisheries Service ("NMFS")). Federal

13  Defendants explained that this reinitiated consultation would involve the submission of a

14  biological assessment from the Corps to NMFS and the preparation of a new biological opinion

15  by NMFS. ECF 103. Federal Defendants also explained that the new biological opinion would

16  address the remand orders from this Court (ECF 92) and the Ninth Circuit (786 F. App'x 666

17  (9th Cir. 2019)), among other things, and would replace the 2014 biological opinion regarding

18  Daguerre Point Dam challenged in this case. ECF 103. Finally, Federal Defendants explained

19  that the Corps anticipated "it will transmit a final Biological Assessment for Daguerre Point Dam

20  to NMFS no later than April 2023," and NMFS estimated "that it could require up to nine

21  months after receipt of a complete and sufficient Biological Assessment from the Corps to

22  complete consultation on Daguerre Point Dam." *Id.* Federal Defendants have not changed these

23  estimates, meaning the current estimated completion date for the reinitiated Daguerre Point Dam

24  consultation and the new biological opinion is no later than January 2024.

25    In its section below, Plaintiff continues to complain about the lack of a Court-ordered

26  deadline for completion of the remand without actually requesting the entry of one. In so doing,

27  Plaintiff refers back to and misrepresents the original estimate Federal Defendants provided in

28  2020 (*see* ECF 85) regarding the possible time required to complete reinitiated consultations on

Joint Status Report Per March 15, 2022 Minute Order                                    1
Case No. 2:16-00818-JAM-EFB

1   both Englebright and Daguerre Point dams. That estimate included "up to 13 months of Corps

2   work followed by up to 18 months (9 months for each proposed action) of NMFS work." ECF 85

3   n.2; *see also* ECF 88 (filing corrected NMFS declaration stating, "NMFS could require up to

4   nine months after receipt of a complete and sufficient Biological Assessment to complete

5   consultation on each proposed action related to the Englebright Dam and Daguerre Point Dam,

6   depending on the conclusions reached in the consultations, with the consultations on each dam

7   conducted consecutively, not concurrently"). As explained above, the estimated time for NMFS

8   work has not changed from this original estimate, and the Corps has been candid with the Court

9   in its prior filings when adjustments in its estimate have been necessary. *See* ECF 95 (February

10  2021 joint status report stating, "[t]he work the Corps' contractor is currently conducting was

11  identified in the previously filed Declaration of Douglas E. Grothe and incorporated in the

12  potential approximately thirteen month timeline for Corps' work outlined therein. ECF 82-1 at ¶¶

13  12-16. The Corps anticipates that its contractor will complete its analysis related to Englebright

14  Dam in August 2021 and Daguerre Point Dam in September 2021. Federal Defendants anticipate

15  that within sixty days of completion of this analysis for each dam (October 2021 for Englebright

16  and November 2021 for Daguerre), they will determine whether to reinitiate consultation and

17  proceed accordingly to complete the remand"); ECF 96 (same in April 2021 joint status report);

18  ECF 97 (July 2021 joint status report stating, "[t]he Corps' contractor remains on schedule. . .");

19  ECF 98 (October 2021 joint status report stating, "[b]ecause of the ongoing discussions between

20  the Corps and NMFS, the Corps has updated the original estimated thirteen month timeline

21  reported in Mr. Grothe's first declaration. *Id*. ¶¶ 7-8. The Corps now anticipates that up to

22  eighteen months would be needed for the Corps to submit new consultation document(s) to

23  NMFS in the event the agencies decide to reinitiate consultation on either dam. *Id*. ¶¶ 7-10. A

24  supplemental declaration is attached to address the extended timeline. *Id.* Federal Defendants

25  anticipate that they will determine whether to reinitiate consultation for Englebright Dam by

26  December 15, 2021, and for Daguerre Point Dam by February 15, 2022"); ECF 103 (February

27  2022 notice of decision stating, "[t]he Corps now anticipates that it will transmit a final

28  Biological Assessment for Daguerre Point Dam to NMFS no later than April 2023. Ex. 1 ¶¶ 5-6.

1    NMFS still estimates that it could require up to nine months after receipt of a complete and

2    sufficient Biological Assessment from the Corps to complete consultation on Daguerre Point

3    Dam. ECF 88 ¶ 5").

4    B.   Plaintiff Friends of the River's Report

5        Friends of the River ("FOR") notes that Federal Defendants' estimated completion date for a

6    new biological opinion is only an estimate. (FOR sought a court order for a mandatory deadline

7    for completion of the remand but were denied. Dkt. Nos.  85, 92. ) Federal Defendants  are not

8    bound by any court-ordered deadline and may continue at the leisurely decision-making pace

9    they have followed since the Ninth Circuit issued its remand order nearly three years ago.[1] In

10   their response to FOR's motion for a remand schedule Federal Defendants opposed any deadline

11   for completion of remand but estimated that, if the Court were to impose a deadline, 31 months

12   would be the maximum amount of time they would need to complete the remand if they

13   reinitiated consultation on both Englebright and Daguerre Point Dams. Dkt. No. 86 at 5. Federal

14   Defendants estimated if they reinitiated consultation on only one of the dams they would need 22

15   months to complete the remand. *Id*., n. 2.This Court issued its remand order (Dkt. No. 92) on

16   November 2, 2020 which means that if Federal Defendants' original estimates were correct the

17   new consultation on Daguerre Point Dam would be complete in September 2022. However, as

18   discussed in Federal Defendants' Report above, the estimated completion date is now January

19   2024. In the meantime, the challenged 2014 Biological Opinion for the Operation and

20   Maintenance of the Daguerre Point Dam Fish Ladders remains in place.

21        FOR has filed a motion (Dkt. No. 111) asking the Court to partially lift the stay of

22   litigation in this case to allow for the filing of a motion for preliminary injunction. The injunction

23   motion will request additional conservation measures, beyond those in the challenged 2014

24   biological opinion, during Federal Defendants' multi-year consultation.

25

26

27

[1] Even with court-ordered deadlines Federal Defendants have a long track record of requiring

28   extensions to complete biological opinions.

1    C.  Defendant-Intervenor's Report

2        YCWA has no comments on this status report.

3

4

5

6    Respectfully submitted June 15, 2022

7                                        By:    TODD KIM, Assistant Attorney General
                                                S. JAY GOVINDAN, Deputy Section Chief
8
                                                */s/ Lesley Lawrence-Hammer*
9                                               LESLEY LAWRENCE-HAMMER
                                                Senior Trial Attorney, D.C. Bar No. 982196
10                                              U.S. Department of Justice
                                                Environment & Natural Resources Division
11                                              Wildlife & Marine Resources Section
                                                999 18th St., Suite 370
12                                              Denver, CO 80202
                                                Telephone: 303-844-1368
13                                              Facsimile: 303-844-1350
                                                Email: Lesley.Lawrence-Hammer@usdoj.gov
14                                              *Attorneys for Federal Defendants*

15

16

17                                      By:    */s/ Christopher Sproul*
                                                Christopher Sproul
18                                              Attorney for Plaintiff
                                                Friends of the River
19

20                                      By:    /s/ *Howard F. Wilkins III*
21
                                                Howard F. Wilkins III (SBN 203082)
22                                              Remy Moose Manley, LLP
                                                555 Capitol Mall, Suite 800
23                                              Sacramento, CA 95814
                                                Telephone: (916) 443-2745
24                                              Facsimile: (916) 443-9017

25                                              Email: cwilkins@rmmenvirolaw.com

26                                              *Attorneys for Defendant-Intervenor*
                                                *Yuba County Water Agency*
27

28

Joint Status Report Per March 15, 2022 Minute Order                                    4
Case No. 2:16-00818-JAM-EFB

CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

/s/ *Lesley Lawrence-Hammer*
Lesley Lawrence-Hammer

CERTIFICATE OF SERVICE
Case No. 2:16-00818-JAM-EFB