Christopher Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Patricia Linn (Bar No. 253015)
Law Office of Patricia Linn
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 847-7024
Email: patricialinn19@gmail.com

Attorneys for Plaintiff
FRIENDS OF THE RIVER

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF THE RIVER, a non-profit corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, ET AL.,<br><br>　　Defendants. | Case No.: 2:16-cv-00818-DJC-JDP<br><br>**ORDER** |
| YUBA COUNTY WATER AGENCY,<br><br>　　Defendant-Intervenor. | |

1. Plaintiff Friends of the River is hereby granted leave to file its proposed Second Amended Complaint, attached as Exhibit A to the Parties' Stipulation to File a Second Amended Complaint and for a Schedule to Respond to the Complaint.
2. Any motion to dismiss any claims in the Second Amended Complaint must be filed no later than 28 days after Plaintiff files its proposed Second Amended Complaint.
3. Any joinder or non-opposition to a motion to dismiss must be filed no later than 7 days after that motion to dismiss is filed.
4. Plaintiff must file any opposition to a motion dismiss no later than 21 days after that motion to dismiss is filed.
5. Replies in support of any motion to dismiss must be filed no later than 10 days after Plaintiff's opposition is filed.
6. If no motions to dismiss are filed by the deadline identified in Paragraph 2, the Parties shall propose a schedule to govern the remainder of the case no later than 35 days after Plaintiff files its proposed Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE