TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET KENNEDY MCNEIL, Assistant Section Chief
LESLEY LAWRENCE-HAMMER, Senior Trial Attorney
D.C. Bar No. 982196
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Telephone: 303-844-1368
Facsimile: 303-844-1350
Email: Lesley.Lawrence-Hammer@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, | Case No. 2:16-00818-DJC-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |
| _____ | |
| YUBA COUNTY WATER AGENCY, | |
| Defendant-Intervenor. | |

All responses to the Second Amended Complaint (Dkt. 150), including motions to dismiss or answers, must be filed by December 11, 2024. All other deadlines identified in the Court's November 13, 2024 Order (Dkt. 149) continue to apply.

Dated:  November 15, 2024                    /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE

Case No. 2:16-00818-DJC-JDP