1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRIENDS OF THE RIVER,                      No.  2:16-cv-00818-DJC-JDP

12                    Plaintiff,

13            v.                                 ORDER

14    NATIONAL MARINE FISHERIES
      SERVICE, et al.,
15
                      Defendants.
16

17          Parties have filed a joint case management statement.  (ECF No. 155.)  Having

18    review the positions of the parties, the Court will adopt a modified version of the

19    schedule proposed by Federal Defendants.  Accordingly, IT IS HEREBY ORDERED

20    that:

21          1.  No further joinder of parties or amendments to pleadings is permitted

22              without leave of the Court, good cause having been shown.  *See* Fed. R. Civ.

23              P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 27 604 (9th Cir.

24              1992).

25          2.  On or before February 21, 2025, Federal Defendants shall lodge with the

26              court supplements to the administrative record for the decisions challenged

27              by Plaintiff.  Federal Defendants shall simultaneously serve a copy of the

28              supplement to the administrative record on counsel for all parties.

                                              1

3.  No later than March 14, 2025, the parties shall meet and confer to resolve any disputes as to the completeness of the administrative record, the applicability of any exceptions to record review, or any asserted need for judicial review of extra-record materials.

4.  On or before March 28, 2025, Plaintiff shall file any motion related to complete or supplement the administrative record that cannot be resolved by meet and confer efforts.

5.  Motions for Summary Judgment shall be filed on the following schedule:

    a.  Plaintiff's Motion for Summary Judgment shall be filed on or before April 7, 2025;

    b.  Defendants' Opposition and Cross-Motion for Summary Judgment shall be filed on or before May 12, 2025;

    c.  Defendant-Intervenor's Opposition and Cross-Motion for Summary Judgment shall be filed on or before May 19, 2025;[1]

    d.  Plaintiff's Opposition and Reply Shall be filed on or before June 16, 2025;

    e.  Defendants' Reply shall be filed on or before July 7, 2025; and

    f.  Defendant-Intervenor's Reply shall be filed on or before July 14, 2025.

The Court does not, at this time, extend the page limit for cross-summary judgment motions.  However, should the parties jointly or separately believe that a more extensive page limit is necessary, the parties may request that the Court extend the page limits described in the Court's Civil Standing Order.

Dated:  February 6, 2025                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE

---

[1] Defendant-Intervenor is strongly encouraged to limit any Opposition, Cross-Motion, and Reply to arguments or issues not fully covered in Defendants' Opposition, Cross-Motion, and Reply.

2