UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, | No. 2:16-cv-0818-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |

Good cause appearing, Plaintiff's ex parte application to shorten time (ECF No. 161) is GRANTED IN PART AND DENIED IN PART.  The Court modifies the briefing schedule for Plaintiff's Motion for Ruling on the Scope of Judicial Review (ECF No. 159) as follow: Federal Defendants shall file an Opposition to Plaintiff's Motion on or before April 3, 2025, at which time the matter will be submitted for ruling without oral argument pursuant to Local Rule 230(g).[1]  The Court also modifies the briefing schedule of Federal Defendants' Motion to Stay (ECF No. 160) as follows:  Plaintiff shall file an Opposition to Federal Defendants' Motion on or before April 3, 2025, at which time the motion will be submitted without oral argument pursuant to Local Rule 230(g).

At this time, the Court does not modify the briefing schedule for summary

---

[1] Should Defendant-Intervenor also wish to file an Opposition to Plaintiff's Motion, they must also do so on or before April 3, 2025.

1

judgment previously issued. (*See* ECF No. 157.) Should the Court ultimately determine that additional time is necessary to resolve the issues raised in Plaintiffs' or Federal Defendants' Motions, the Court may alter the briefing schedule. The Court would endeavor to promptly inform the parties of any modification to the briefing schedule and keep any such modification to a minimum.

Date: March 28, 2025

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE