UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, | No. 2:16-cv-00818-DJC-JDP |
| Plaintiff, | |
| v. | |
| NATIONAL MARINE FISHERIES SERIVCE, et al., | |
| Defendants. | |
| _____ | |
| YUBA COUNTY WATER AGENCY, | No. 2:25-cv-02511-DC-CSK |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |

Plaintiff has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve the common parties and raise similar questions of fact and law. *See* Local Rule 123(a)(1), (3). Accordingly, the assignment

1

of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:25-cv-02511 is reassigned from District Judge Dena Coggins and Magistrate Judge Chi Soo Kim to the undersigned and Magistrate Judge Jeremy D. Peterson. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:25-cv-02511-DJC-JDP.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:    **February 12, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE