Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376
Fax: (415) 358-5695
csproul@enviroadvocates.com

Patricia Linn (Bar No. 253015)
Law Office of Patricia Linn
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 847-7024
Email: patricialinn19@gmail.com

Attorneys for Plaintiff
FRIENDS OF THE RIVER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Friends of the River,

Plaintiff,

v.

National Marine Fisheries Service, *et al.*,

Defendants.

Case No. 2:16-cv-00818-DJC-JDP

STIPULATION AND ORDER TO
EXTEND DEADLINE TO MOVE FOR
ATTORNEYS' FEES AND COSTS

This Stipulation is entered into by and between Plaintiff Friends of the River, Federal

Defendants, and Defendant-Intervenor Yuba County Water Agency.

WHEREAS, the Court issued its judgment in this matter on March 31, 2026 (ECF No. 210);

WHEREAS, the deadline to move for attorneys' fees and costs pursuant to Federal Rule of Civil

Procedure 54 is 14 days from the date of entry of judgment, *i.e.*, April 14, 2026;

WHEREAS, as a matter of professional courtesy and to allow time for the parties to negotiate in

good faith the matter of any of the parties' recovery of attorneys' fees and costs, the parties respectfully

Stipulation To Extend Fee Motion Deadline                    Case no. 2:16-cv-00818-DJC-JDP

request that the Court extend the above deadline to move for attorneys' fees and costs, if necessary, by a total of 180 days from the date of entry of judgment;

Accordingly, it is hereby stipulated that the deadline to move for attorneys' fees and costs in this matter is extended by a total of 180 days from the date of entry of judgment, to September 28, 2026.

Respectfully submitted,

Dated: April 3, 2026

*/s/ Christopher Sproul*___
Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376
Fax: (415) 358-5695
csproul@enviroadvocates.com

Patricia Linn (Bar No. 253015)
Law Office of Patricia Linn
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 847-7024
Email:  patricialinn19@gmail.com

Attorneys for Plaintiff
FRIENDS OF THE RIVER

Dated: April 6, 2026

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief

*/s/ Davis A. Backer*
Davis A. Backer
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (303) 844-1350
Email: davis.backer@usdoj.gov

Stipulation To Extend Fee Motion Deadline                    Case no. 2:16-cv-00818-DJC-JDP

*Attorneys for the Federal Defendants*

Dated: April 6, 2026

/s/ Howard F. Wilkins III
Howard F. Wilkins III, SBN 203083
Remy Moose Manley, LLP
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: cwilkins@rmmenvirolaw.com
Attorneys for Defendant-Intervenor
Yuba County Water Agency

Stipulation To Extend Fee Motion Deadline                    Case no. 2:16-cv-00818-DJC-JDP

**ORDER**

Pursuant to stipulation, IT IS **HEREBY ORDERED** that the deadline to move for attorneys fees and costs in this matter is extended by 180 days, to September 28, 2026

**IT IS SO ORDERED.**

Dated:  April 7, 2026                    /s/ Daniel J. Calabretta

                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

Stipulation To Extend Fee Motion Deadline                    Case no. 2:16-cv-00818-DJC-JDP