UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE RIVER, | No. 2:16-cv-00818-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |

Pursuant to the Court's Order, the parties have filed a joint response that proposes a period of 180 days to complete the remand.  Given the unopposed nature of this request, the Court adopts this schedule for completion of the remand.  Federal Defendants are ordered to complete the remand of the 2024 Daguerre Biological Opinion, consistent with the Court's prior order (*see* ECF No. 209), within 180 days of this order.

Federal Defendants also request entry of final judgment.  The Court previously entered final judgment with its prior order.  (*See* ECF No. 210.)  As such, the Court does not believe further action is necessary.

IT IS SO ORDERED.

Dated:  __**May 1, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1