Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376
Fax: (415) 358-5695
csproul@enviroadvocates.com

Patricia Linn (Bar No. 253015)
Law Office of Patricia Linn
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 847-7024
Email: patricialinn19@gmail.com

Attorneys for Plaintiff
FRIENDS OF THE RIVER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Friends of the River,<br><br>Plaintiff,<br><br>v.<br><br>National Marine Fisheries Service, *et al*.,<br><br>Defendants. | Case No. 2:16-cv-00818-DJC-JDP<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO MOVE FOR ATTORNEYS' FEES AND COSTS |

This Stipulation is entered into by and between Plaintiff Friends of the River and the Federal Defendants in this matter, and Yuba County Water Agency.

WHEREAS, the Court issued its final judgment in this matter on March 31, 2026;

WHEREAS, the original deadline pursuant to Federal Rules of Civil Procedure 54 to move for attorneys' fees and costs was 14 days from the date of entry of judgment, *i.e.*, April 14, 2026;

WHEREAS, pursuant to stipulation, the Court extended the deadline to move for attorneys' fees and costs to September 28, 2026 (Dkt. 212);

WHEREAS, the parties have filed currently pending cross-appeals with the U.S. Court of Appeals for the Ninth Circuit in this matter;

WHEREAS, to efficiently provide that the matter of attorneys' fees and cost recovery be deferred until after the Ninth Circuit Court of Appeals rules on the parties' pending cross-appeals and to allow time for the parties to potentially negotiate the matter of any of the parties' recovery of attorneys' fees and costs, the parties agree to request that the Court extend the Federal Rule of Civil Procedure 54 deadline to move for attorneys' fees and costs until 90 days from a final judgment on appeal in this matter issued by the Ninth Circuit Court of Appeals;

Accordingly, it is hereby stipulated that the deadline to move for attorneys' fees and costs in this matter is extended until 90 days from a final judgment on appeal in this matter issued by the Ninth Circuit Court of Appeals.

Respectfully submitted,

Dated: September 17, 2026

*/s/ Christopher Sproul*

Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376
Fax: (415) 358-5695
csproul@enviroadvocates.com

Patricia Linn (Bar No. 253015)
Law Office of Patricia Linn
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 847-7024
Email: patricialinn19@gmail.com

***Attorneys for Plaintiff***
***FRIENDS OF THE RIVER***

Dated: September 17, 2026

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Assistant Section Chief

*/s/ Davis A. Backer*
Davis A. Backer
Senior Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Energy & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 844-1898
Fax: (303) 844-1350
Email: davis.backer@usdoj.gov

***Attorneys for the Federal Defendants***

Dated: September 17, 2026

*/s/ Howard F. Wilkins III*
Howard F. Wilkins III, SBN 203083
Remy Moose Manley, LLP
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: cwilkins@rmmenvirolaw.com

***Attorneys for Defendant-Intervenor Yuba County Water Agency***

**ORDER**

Pursuant to stipulation, IT IS **HEREBY ORDERED** that the deadline to move for attorneys fees and costs in this matter is extended until 90 days from a final judgment on appeal in this matter issued by the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: September 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE